IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No.: 19-cv-505-wmc

$38,223.00 U.S. CURRENCY,

        Defendant.

---

ORDER OF FORFEITURE AND APPROVAL OF STIPULATION
FOR COMPROMISE AND SETTLEMENT

---

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The stipulated settlement agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2. The $38,223.00 in United States currency is condemned and forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(6) as property used in violation of 21 U.S.C. §841(a)(1).

3. The government is directed to dispose of the $38,223.00 in United States currency in accordance with federal law.

ORDERED this 29th day of April 2020.

WILLIAM M. CONLEY
United States District Judge